**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

DAVID SANDOVAL,

    Defendant.

                      /

No. CR 10-00632 WHA

**ORDER GRANTING IN PART AND DENYING IN PART STIPULATION TO CONTINUE SENTENCING**

The parties have filed a stipulation to continue sentencing until *August 23*. The sole bases for the requested continuance are that more time is needed because "the probation officer, Michelle Nero, has requested more time and the circumstances are complex," and because a new Assistant United States Attorney has been added as counsel and needs time to become familiar with the case. The stipulation provides no reason why these issues require continuance until *August 23*. The sentencing, however, will be continued to **MAY 23, 2011, AT 2:00 P.M.**

    **IT IS SO ORDERED.**

Dated: April 5, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE